312 So.2d 417

**In re Calvin SMITH**

**v.**

**STATE.**

**Ex parte Calvin Smith.**

**SC 1235.**

Supreme Court of Alabama.

May 1, 1975.

Alvin T. Prestwood, Montgomery, for petitioner.

None for the State.

ALMON, Justice.

Petition of Calvin Smith for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of

that Court in Smith v. State, 54 Ala.App. 722, 312 So.2d 414 (3 Div. 322).

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.